# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D18-4263

————————————————

SUSAN DEVITO,

Appellant,

v.

MICHAEL DEVITO,

Appellee.

————————————————

On appeal from the Circuit Court for Escambia County.
Darlene F. Dickey, Judge.

January 30, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Jill W. Warren of Law Office of Jill W. Warren, Pensacola, for Appellant.

Gordon Edward Welch of Gordon Edward Welch, PA, Pensacola, for Appellee.